No. 11–8349. FAIRBANK v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–8784. HOLLIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8815. GONZALEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8818. FORBES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–8828. DANIEL v. HAYNES, WARDEN. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8830. DIAZ-GUTIERREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8856. BROWN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9792. RAMADAN v. UNITED STATES, *ante*, p. 1177;
No. 10–11078. REYES v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1110;
No. 10–11180. NEAL v. FORD MOTOR CO., *ante*, p. 1156;
No. 11–442. KHAZAELI v. CITY OF CONCORD, CALIFORNIA, ET AL., *ante*, p. 1111;
No. 11–449. KHAZAELI v. JOHNSON ET AL., *ante*, p. 1111;
No. 11–483. PULLOS v. ALLIANCE LAUNDRY SYSTEMS, LLC, *ante*, p. 1178;
No. 11–484. MARTIN v. HOWARD UNIVERSITY ET AL., *ante*, p. 1174;
No. 11–6477. COLLINS v. LEDEZMA, WARDEN, *ante*, p. 1180;
No. 11–6862. SELDEN v. FLORIDA ET AL., *ante*, p. 1118;

No. 11–6887. CHARLEY *v.* ORANGEBURG COUNTY SHERIFF'S DEPARTMENT ET AL., *ante*, p. 1118;

No. 11–6986. HENDRICKS *v.* VIRGINIA, *ante*, p. 1120;

No. 11–7021. CROMER *v.* BODISON, WARDEN, ET AL., *ante*, p. 1121;

No. 11–7027. MARTINEZ *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO (two judgments), *ante*, p. 1121;

No. 11–7129. JONES *v.* KANSAS, *ante*, p. 1160;

No. 11–7139. TAYLOR *v.* STEELE, WARDEN, *ante*, p. 1161;

No. 11–7251. KELLEY *v.* BRUZZESE ET AL., *ante*, p. 1161;

No. 11–7282. PARKER *v.* TIM LALLY CHEVROLET, *ante*, p. 1162;

No. 11–7333. NAILS *v.* ULTIMATE BUSINESS SOLUTIONS, *ante*, p. 1163;

No. 11–7452. BEAR *v.* FAYRAM, WARDEN, *ante*, p. 1166;

No. 11–7484. JONES-EL *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL., *ante*, p. 1167;

No. 11–7599. TREVINO *v.* GUTIERREZ, WARDEN, ET AL., *ante*, p. 1167; and

No. 11–7703. ASKIN *v.* WEST VIRGINIA, *ante*, p. 1168. Petitions for rehearing denied.